Campbell, Appellant, *v.* New York Central Railroad Corporation.

Argued September 30, 1965. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*John A. Blackmore,* with him *Blackmore & Grieshober,* for appellant.

*William F. Illig,* with him *Gifford, Graham, MacDonald & Illig,* for appellee.

*John G. Gent,* with him *Curtze, Gent & McCullough,* for appellee.

OPINION PER CURIAM, November 23, 1965:
Judgment affirmed on the opinion of Judge LAUB of the Court of Common Pleas of Erie County at 37 Pa. D. & C. 2d 643.